**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

BORIS EDEMBER DELGADO-
HERNANDEZ,

*Petitioner,*

v.

ERIC H. HOLDER JR., Attorney
General,

*Respondent.*

No. 08-70789

Agency No.
A029-273-534

ORDER

Filed August 9, 2010

Before: Michael Daly Hawkins, M. Margaret McKeown, and
Jay S. Bybee, Circuit Judges.

## ORDER

On June 14, 2010, we withdrew this case from submission pending this court's en banc decision in *United States v. Aguila-Montes de Oca*, No. 05-50170. In addition, the opinion filed in this case on September 9, 2009, is withdrawn and should not be cited for any purpose.

11227